# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-023-MOC-DCK

| | |
|---|---|
| FIRST SOUTH BANK, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| CYNTHIA LEONARD SEELY and<br>THE PHILLIP J. BRUST CHARITABLE<br>REMAINDER TRUST, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) filed by Robert E. Sumner, IV, concerning E. Brandon Gaskins on January 20, 2016. Mr. E. Brandon Gaskins seeks to appear as counsel *pro hac vice* for Defendants Cynthia Leonard Seely and The Phillip J. Brust Charitable Remainder Trust. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) is **GRANTED.** Mr. E. Brandon Gaskins is hereby admitted *pro hac vice* to represent Defendants Cynthia Leonard Seely and The Phillip J. Brust Charitable Remainder Trust.

**SO ORDERED**.

Signed: January 20, 2016

David C. Keesler
United States Magistrate Judge