UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00023-MOC-DCK

| | | |
|---|---|---|
| **FIRST SOUTH BANK,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CYNTHIA LEONARD SEELY** | ) | |
| **THE PHILLIP J. BRUST CHARITABLE** | ) | |
| **REMAINDER TRUST** | ) | |
| **CYNTHIA LEONARD SEELY,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on defendants' Motion to Dismiss Plaintiff's First Amended Complaint (#19) pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure. Having considered defendants' motion, read the First Amended Complaint, and considered the briefs of the parties, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendants' Motion to Dismiss Plaintiff's First Amended Complaint (#19) is **DENIED**. Defendants shall answer the First Amended Complaint within 14 days of entry of this Order.

Signed: April 14, 2016



Max O. Cogburn Jr
United States District Judge